Cory Lewis  311282
Name and Prisoner/Booking Number

Eyman - Smu
Place of Confinement   Po Box 4000

3250 W. Lower Buckeye Road
Mailing Address

Florence  85132
Phoenix, Arizona  85009
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

| ☐ FILED | ☒ LODGED |
|---|---|

**Sep 03 2020**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ARIZONA

Cory Lewis
(Full Name of Plaintiff)                           ,

                    Plaintiff,

v.

(1) Charles Ryan / David Shinn
(Full Name of Defendant)

(2) F#A Demory                          ,

(3) DW McAdory                          ,

(4) ADW Scott                          ,

                    Defendant(s).

☒ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 19-CV-05729-DLR-MTM
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☐ Original Complaint
☐ First Amended Complaint
☒ Second Amended Complaint

### A.   JURISDICTION

1.   This Court has jurisdiction over this action pursuant to:
☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
☐ Other: _____.

2.   Institution/city where violation occurred: A DOC Eyman - Smu Florence.

Revised 6/05/17                                    1                          **550/555**

Defendant Kles Trinity Staff Egman - Smyk

1A

## B.  DEFENDANTS

1.  Name of first Defendant: _Charles Ryan_. The first Defendant is employed
as: _Director_ at _Central office of ADOC_.
        _(Position and Title)_                          _(Institution)_

2.  Name of second Defendant: _FHA Demery_ The second Defendant is employed as:
as: _FHA_ at _Eymen Centention_
        _(Position and Title)_                          _(Institution)_

3.  Name of third Defendant: _Meadory_. The third Defendant is employed
as: _DW_ at _Eyman - Smel_
        _(Position and Title)_                          _(Institution)_

4.  Name of fourth Defendant: _Scott_. The fourth Defendant is employed
as: _ADW_ at _Eyman-Smel_
        _(Position and Title)_                          _(Institution)_

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C.  PREVIOUS LAWSUITS

1.  Have you filed any other lawsuits while you were a prisoner?    ☐ Yes    ☒ No

2.  If yes, how many lawsuits have you filed? _____    Describe the previous lawsuits:

  a.  First prior lawsuit:
      1.  Parties: _____ v. _____
      2.  Court and case number: _____
      3.  Result:  (Was the case dismissed?  Was it appealed?  Is still pending?) _____
          _____.

  b.  Second prior lawsuit:
      1.  Parties: _____ v. _____
      2.  Court and case number: _____
      3.  Result:  (Was the case dismissed?  Was it appealed?  Is still pending?) _____
          _____.

  c.  Third prior lawsuit:
      1.  Parties: _____ v. _____
      2.  Court and case number: _____
      3.  Result:  (Was the case dismissed?  Was it appealed?  Is still pending?) _____
          _____.

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

Name of 5th Defendant Kles is employ of
for Trinity at Eyman-smacl Kitchen

2A

## D.  CAUSE OF ACTION

### COUNT I

1.  State the constitutional or other federal civil right that was violated: The Lack of Medical Care which violates the US Constitution 8th Amendment

2.  **Count I.**  Identify the issue involved.  Check **only one**.  State additional issues in separate counts.
    - ☐ Basic necessities
    - ☐ Mail
    - ☐ Access to the court
    - ☒ Medical care
    - ☐ Disciplinary proceedings
    - ☐ Property
    - ☐ Exercise of religion
    - ☐ Retaliation
    - ☐ Excessive force by an officer
    - ☐ Threat to safety
    - ☐ Other: _____

3.  **Supporting Facts.**  State as briefly as possible the FACTS supporting Count I.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.

The Plaintiff Medical Conditions are as following. High Blood Pressure, High Clastorial, Sleep Apnea, Chronic Depression, PTSD, Right Testicular issues, other issues exist as well that the Plaintiff has not seeked Medical Care for yet, Since he has issues can't get fixed yet. The Plaintiff has filed HNR's to have all Medical issues that he is being up at this time. The Plaintiff also has filed Several Informal Complaint Resolation Garrevance's to the FHA and to Central office where some where responded to by the FHA and some went unanswered or Nothing changed. The Plaintiff has kept a log of Medication being delivered, HNR sent in, recaps of what happens when he is seen by Medical Staff. So first to address Medication being passed out FHA Denany on 10/8/19 apodigized for Not receiving meds on a timely manner on two dates in Sept, but the Petioner has his own records showing that this keeps on happing. Then Nurse Baily in Jan 2020 gave the Plaintiff his meds as KOP on her own But on Feb 10 after several day's of telling the Med Nurse that he was going to run out of Med's, the Plaintiff was with out blood pressure meds for 2 day's, where then he notified his Floor officer of a Medical issue. That he was having, where the Plaintiff was suffering from chest point unable to feel fingers, toes, excisive sweating, unable to write, Blurred vision and that officer

4.  **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).

Suffering in pain from testicular pain since 2016, Pluse the unknown mental emotional health, along wit any long term Medical issues that are effected by these Claims

5.  Administrative Remedies:
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
    b.  Did you submit a request for administrative relief on Count I?  ☒ Yes  ☐ No
    c.  Did you appeal your request for relief on Count I to the highest level?  ☒ Yes  ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

called down to Medical and was told that I had to wait tell after count cleared. Then the plaintiff was taken to Medical around 12:15pm in a wheel chair and placed in a cell tell about 1430 before He was seen by the Nurse. But the plaintiff did bring up issues with the Nurse Line Nurse and a Med Nurse Tucker. Mr Tucker after me raising issues he got with the Nurse Line Nurse and checked my Blood Pressure and gave me that Mornings Dose as they where writing for a CO. to open my door so I could be seen, but that CO. was the one to determin when I would be seen by medical Staff. So if the Plaintiff would have just stayed quite medical Staff would have not seen him tell DOC Staff would allow them to. But has he was still in a holding sell Nurse Baily brought him the Med's he was waiting for which was Not for KOP, So Med Nurse had the med's as watch and swallow but they Never passed them out, if it was Not for the urgent Medical issue the Plaintiff had. The Plaintiff can show that the FHA's at Eyman Complex was aware of Medical Medications where Not being Passed out by him filing Grievance and given response aswell.

Then to address the Medical Supplies and our Medical SNO's issue. The defendat has several Medical Needs that Provider's would Say he Needs ie Side restraints, Bed wedge, Diet Change, extra Blankets, 4in1 Fiber mix, and others. But the Plaintiff would be told by Provider's and Provider Office, even DOC staff that these items are Not allowed, since the DW at SMU1 would Not allow these items or allow the providers to order the items needed. So the Plaintiff filed a informal

3A

Then DOC henders Medical Staff to order Medically Necessray medical items. ie Bedwedges, Side restraints, proper Diets, proper supporting underware and many other items. Where these items are Needed to have Mr Lewis to be provided the proper Medical Care.

So the defendents provide inadequate medical care, and in violation of the 8th amendements and are in a deliberate indifference, by providing below standards of health care. Since Mr Lewis cannot provide his own medical care and is dependent upon the state to provide Medical Care. See Fitzke v Shappell 468 F.2d 1022, 1076 (6th Cir. 1972); Estelle v Gamble 429 U.S. 97, 103, 97 S.Ct 285, 50 L. Ed 2d 251 (1576); West v Atkins 487 U.S 42, 54-55 108 S. Ct 2250, 101 L. Ed 2d 40 (1988)

Todaro v Ward 431 F Supp 1129, 1133 (S.D. N.Y. 1977); judgment aff'd 565 F2d 48(2d Cir 1977) and aff'd 652 F2d 54 (2d cir 1981); Helling v McKinney 509 U.S. 25, 113 S. Ct 2475, 125 L Ed 2d 22 (1993); Estelle v Gamble 429 US 97, 97 S.Ct 285 50 L. Ed 2d 251 (1976); These shows That the provider/FHA established indifference trying to provid ersier and less efficacious treatment, then DOC, intentionally denies or delaies medical access and supplies, Alosye failing to ensure prescribed medicine is delivered on a timely matter or at all some times.

3B

So the plaintiff will be able to show at
a evidentary hearing that the defendants are deliberate
indifference, by having the plaintiff in unnecessary pain
for long peirads along with Not provinding necessary medical
Supplies, along with effecting health issues by Not giving
those supplies, medeations on a timely matter, and Not providing
proper medical treatments.

So the plaintiff has a paper trail of Notifying Staff
of issues. The plaintiff also would Supenea Provider
Ortizand Nurse Baily and any other Medical Staff
after looking threw his Medical Records finding out
the Names he has talked to/Seen by. Further more
the plaintiff has fairly Stated a Claim. where is 8th amendment
is being violated by the Director, Warden, DW, AW, FHA
and other medical or DOC Staff by not providing proper
Medical Care.

On these Supporting facts the plaintiff was
Seen by the Provider NP Avant-Ortiz who Knows
the medical issues that the plaintiff is suffering
from, but NP Avant-ortiz has told the plaintiff
that She cannot order these thing's do to DOC and
her Superviser's approval first. So the plaintiff filed
many informals to the FHA, Director Ryan, DW, ADW and
even the warden with No Reesponce's from every one
on these issues. Then the plaintiff filed Graevence's

3C

to the defendants as well with No responce's as well, So the plaintiff filed these iteams again with the New FHA Carr to get these issue's fixed as well, but the FHA turns it back to the NP So the plaintiff Fells he is getting the run around from Medical and DOC.

NP Avant-Ortiz also called the person that does the Appointments for off site visits during a visit with the plaintiff, where NP gave a different urologyst to go to Since they could not get appt Locked down. So the plaintiff does Not Believe NP Avant-Ortiz is at fault, this is why the Plaintiff filed this Civil Complaint Since the Plaintiff has filed all Administrative Remedies with out any relief at any level. The defendats are aware of all medical Needs and have failed to act. The plaintiff has evidence to show the defendents where made aware of these issues.

See Exibit A
10-15 HNR
Put in See E-27
Line 22-23

The Plaintiff Put in a HNR for Stabbing stomach Pain urgently, but the plaintiff was Not Seen tell 10-29 which is 14 day's during NP Avant-Ortiz exam, she felt Stool in the plaintiff Stomach, where she order T3 for pain, Prednisone for infection, so the plaintiff belicves

See Exibit A
E-28 Line 23
-29

if he was seen sooner he would Not have Suffered like he did. The plaintiff Just belicves this

3 D

is another issues of the defendents Not providing proper medical care and procedure's to care for inmates properly.

The plaintiff can show where different Med Nurse has missed dose's of meds. Ther are several different Med Nurse's that have done it the plaintiff eslo has proof that he has notified the defendants of this issue aswell.

The plaintiff has talked to NP-Avant-Ortiz about medical supplies that the plaintiff Need to have from a dietchange, extra blankets, bed wedge, proper under ware, Meta mucil 4 in 1, etc, but NP Avant-Ortiz would tell the plaintiff she is unable to order iteams real because DOC and/or supervisors (The Defendents)' will Not allow her to do so with out prior approval, so this is where the plaintiff would submit admin remedies to get the prior approvel's, but the FH4 would respond to continue to follow the providers plan of care and other defendent's did Not responed to the plaintiff. The plaintiff also has been waiting to see the provider again, where he has put in HNR's to be seen but still Its Not been seen.

So the Plaintiff has given the defendent's more enough time to resolve all medical issues

3 E

more then one time, so that is the reason the plaintiff has filed this Civil Complaint. He also has requested his Medical Records and DOC Aims Records to have more proof, then he already has from informal Complaints Grievance, HNR's and Medical Notes he has Kept to prove that the Defendants are in violation of his Constitutional rights and are deliberate indifference, since they where made aware of the facts and serious medical harm's exists. There are no policy regarding medical devices that the plaintiff is aware of that prohibits any medical device's, the plaintiff was told by NP Avant-Ortiz what she can and cannot order according to the Defendants. So the plaintiff would call her and other staff to be able to prove these facts in a evidentary hearing or/and a Jury trial, as long as this court allows these step's happens

The plaintiff has proof that the defendants Ryan, Meadory, Scott, FHA, and Centurion have been made aware of all Medical issues the plaintiff has been dealing with for a long time. See Exihit A some are unable to read since they are Carbin Copies and the plaintiff does Not want to alter them since there are so many. But if they would release his medical files, and DOC file's, the plaintiff would have good copies of Some and the ones that the defendants failed to responced to the plaintiff would be the only ones that would have to be copied over.

3 F

The plaintiff still will Supplie this proof in Court.

Cited Case Law

Erickson v Pardus, 551 U.S. 89, 94 (2007) (Per Curiam) The plaintiff held to a less Standard he believes he has proven that the defendants acted with deliberate indifference, Since the plaintiff has proof that he made the defendants aware of these violations threw the Defendants adiminstration remidies, that are aviable to the Plaintiff, The defendants disregarded the Risk to the plaintiffs health. See Farmer v Brennan, 511 U.S. 825, 837 (1994).

Theer are no policy implemented that the Plaintiff is aware of, but he was told by the Provider Avant-Ortiz She is unable to order such iteams, unless the Plaintiff got a letter from the FHA and DW prior to her ording them. The Plaintiff has filed informals, grievence's and appeal's which has gone unanswered, and others telling him to follow the Provider's health care plan. See Ex A page 4, 10, 11, 17, 27 showing that the Plaintiff has several time's has raised these issues with Staff and DOC.

Then when the Plaintiff raised the claims about not recieving is medication being passed out to him they aknoldge that they have No documentation to show

3G

the plaintiff did Not recieve his meds on 9/27, 28 and 29th of 2019. See Ex A page 29. Then medical also confirms on Sept 14 and 26 meds where passed out late. See Ex A page 26, 20,

The plaintiff also filed informals and grievence about his chronic testicular pain. See Ex A page 24 where has been waiting in pain for any type of treatment since 2016 up to date. The Plaintiff is still Not recieving any type of pain relief or treatment as they are still waiting on urologist appt still. See Ex A page 37, Page 40, page 34, page 30, page 24, page 17. Requesting to have relief and help with the Chronic Testicular Pain for many years. So these Facts Show that the defendants are in fact in dilibrate indifference when it come's to the plaintiffs medical care / Lack of care.

The Provider Avant-Ortiz has always advised the plaintiff what he need to do to get the medical iteams that they talked about at his appts, since she was under the fact was she need approval before she would order these iteams. So the plaintiff filed administrative remedies to get these approvals. See Ex A page 4 page 35, Page 11, Page 17 page 30, Page 27, Page 42. So again the defendants are in fact delibrit indifference with the plaintiff's health care.

3 H

The plaintiff also was charged when he was sent to the ER on Jan 7 2019. see Ex E. The plaintiff did file the administrative Remedies See Ex A page 5, 6, 8, 9, 12, 13 23. but the Plaintiff Never was Notified that the bills have been paid by DOC or Medical.

The plaintiff believes this count 1 shows enough to proceed to a Jury trial, where more facts would come out in favor for the Plaintiff, to recieve Punitive Damages/exemplary Damages for the pain and suffering physical, mental, emonitional health issues from this long term medical conditions Not being taken care of by the Defendants Ryan, Meadors, Scott, FHA Demery, and NP Avant-Ortiz who clearly are delebrit indifference and should be held responsable for Punitive Damages to the Plaintiff.

The Plaintiff who feels NP Avant-Ortiz should Not be held responsable for the lack of treatment, Since She has called the people who are responsable to make appts, approve treatment, approve Medical Supplies, and the ones who tell her what She can and cannot do when it comes to providing the health care Needs of inmates. But since everyone higher then her Ryan, Meadory, Scott, FHA Demery and so many others Push it back on to her, even tho the plaintiff has told the defendants that he need their help to get the proper medical care he and NP Avant-Ortiz have talked about at his appt's. But since She is the one dealing with the Plaintiff, she has to be added as a defendant.

3 I

The Plaintiff was seen on 3-11-20, by the Defendant NP Avant-Ortiz for Chronic Care, where she confirmed that I needed special medical supplie's ie bed wedge, and other issues that plaint.ff has brought up before. She even tried to get the extra blanket, that the plaint.ff has been tring to get since Aug 2019, but after the plainhff Showed NP Avant-ortiz that Some of the informals and other administrative remedies that he has placed, also told her he has filed a civil Complaint. Where she Said there was Nothing entered in to my records about the administrative remedies. She confirmed that they finally got Confirmation on the urologest Appt with the urologest she wanted me to go see. So what he orders for support and anything else to do with (R) testical issues. Since she is unable to order anything that is Not on her Sheet/list of things that she can order. But if it come's from a Street Doctor, Lawsuit or something like these things. She even Said she was not able to give SNes for Extra things ie blankets and etc. But after the Plaintiff showed administrative remedies "who she said the person that was handling them should not have been handling the issues." and told he filed a civil Complaint, the plainhff was given a extra blanket at PM Med Call on 3-12-20, even then the plaintiff has been asking since Aug 2019, but all of a sudden ADC has blankets to give.

So the Plaintiff also asked NP Avant-Ortiz about Diets that she can help with. Since Trinity is unable to give proper amount or cooked food. She Said she has other inmates who need the allergy diet, but what the give in the diet those

3 J

inmates where allergic to the iteams that where in tha diet that they served, but they will Not make special Diets for No one, So the plaintiff believes that durning a jury trial, that he will be able to show that all defendants Ryan, Mcadory, Scott, FHA, ~~Poss~~ Klis and ADC staff members are in Fact in Violations of the Plaintiffs 8th Amendments right's and are in Fact delebrit indiffence.

3 K

## COUNT II

1. State the constitutional or other federal civil right that was violated: The lack of Protecting inmates from imminent harm from other inmates. which is protected by the US Constitution 8th Amendment Violation

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.

☐ Basic necessities     ☐ Mail     ☐ Access to the court     ☐ Medical care
☐ Disciplinary proceedings     ☐ Property     ☐ Exercise of religion     ☐ Retaliation
☐ Excessive force by an officer     ☒ Threat to safety     ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

Defendants Ryan, Meadorey, Scott and other DOC staff have put my safety at Risk by putting my info on other inmates tickets where I was a victem. So the way Doc handles inmates info where if A DNH can get the info of those inmates allowing the inmates that are doing the harm to inmates are able to put those inmates life at Risk. Since I have been in SMU1 inmates have staff passing Kites from pods to pods, other Clusters even other wing's The inmates also have way's to send kite's with inmates info on them aswell. I understod inmates are Not going to be able to stop from sending kites. But the defendants are clear in deliberate indifference, by giving or putting inmates info on tickets where they are victems and/or giving out a list of DNH info aswell. So with the practice of the Defendant clearly puts inmates life at risk. So since the ADC Defendants do Not provide a safe housing place for low level inmates such as my self with points the reflect Min Cust Levels and under 10 yrs of prison time, forcing Me to be housed with inmates that have high prison sentence's, with high points, with violate histories this shows a deliberate indifference; putting my life and safety at risk from other inmates that are Not wanting to do the type of programing and life style that me and other inmates a like me are wanting to do since they are Not doing the amount of time or have been removed from GP to 805 to so yards cause they wont to do GP. 805 inmate thing's

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

Being housed in Max Cust or Closed Cust where my points CU 15 IR 12 M2 mH 3 DVL 2/2 where I should be on a Min Cust yard. Having property, Store items, Fundriser items being Stolen or lost by staff clong with emotional and Mental health Losing programing Course for being housed in Max Cust. Being restricted on movement Not having Contact Visits or able to have contact by Phone with loved ones. Along with being assaulted. ✦ See 4A

5. **Administrative Remedies.**

a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?     ☒ Yes    ☐ No

b. Did you submit a request for administrative relief on Count II?     ☒ Yes    ☐ No

c. Did you appeal your request for relief on Count II to the highest level?     ☒ Yes    ☐ No

d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not.

The defendats Ryan, Meadory, Scott and staff where made aware of the plaintiffs safety being at risk. Since the plaintiff filed administrative Remedies once the plaintiff's safety was put at risk by other inmates. The plaintiff also made statements to COIII Castillo, also wrote a statement when they did the proposed Max Custody Placement aswell. So the plaintiff has done everything to make aware that his life was at risk. See Ex B page 10

The Plaintiff life was threaten again on Oct 31-19 when he returned from Medical, over a issue involving a inmate Name Kenny          who was the Plaintiffs cellie in 2018, which that inmate should Never had been the Plaintiffs cellie in the first place, since their violent levels where no where close being the same, ending up where the plaintiff was assaulted by that inmate. Then unaware to the plaintiff that inmate was given a ticket that had the plaintiffs Name and DOC No on the ticket, so that inmate was able to send to other inmates, putting the Plaintiffs safety at risk by other inmates aswell. Where that ticket was passed around to inmates in Wing D ...

Then on another issue on 6-21-19 when the plaintiff was housed in 3C39 after being seen by Medical Staff a inmate made threats to that staff member, where that inmate was

4 A

give a ticket Case# 19-A08-0671, where the plaintiffs Name and DOC # was put on that inmate's ticket aswell. When the plaintiff was made aware of this he filed administrative remedies to the defendants, Ryan, Mcadory and scott and there staff to make them aware of the safety risk to the plaintiffs life. Since inmates show other inmate's tickets and when a inmate info like the plaintiffs is given, it lables the plaintiff as a Rat, then putting his life at risk. The plaintiff is afraid for his life where he has isolated him to his cell/pod. He has Not gone outside for over a year do to the threats and inmates that have made threats and he is unable to stop it due to ADOC defendants actions from putting the plaintiffs info on other tickets.

The defendants Ryan, Mcadory, scott, and other ADC Staff where/are aware of the threat to his safety, by informals, grievance, Writen Statements to max custody placement. See Exhibit B. The plaintiff even was given a ticket for Disobey Verbal, ticket #18-A08-0565 on 07/26/18 When the Plaintiff and his cellie informed COII Logsden, COII Troop and SGt Mcmillen that their lives where at risk from other inmates, Where the plaintiff was given 1 option to go back in to his old cell or begiven a ticket for Disobing Orders, but his cellie

4B

was give to 805 or to disobey orders, but again
the Plaintiff was not given those same options.
See Ex. B Notice of hearing and inmate Rights
line with arrow for ticket info. This is the
practice of ADC when inmates have threats to their
safety. Where the defendants Ryan, Mcadory,
Scott violates the Plaintiff's 8th Amendments
right and show a deliberate indifference, since the
defendants are aware of the facts which the
inference could be drawn that a substantial risk of serious
harm exists and draw the inference, with these facts
along with witness that would be called at trial. That
will show the defendents are deliberate indifference
The plaintiff on Jan 7 2019 even tried to take
his life where he even fractured his C3. So ADC staff
has been aware of these risk to the Plaintiff
for Sometime.

Defendents Ryan, Mcadory, and scott has been
made aware of the issues to the plaintiff's safety
concerns threw adimnstrative remedies on several accessions
dating back to 9-4-18 when the plaintiff filed
a Grievance appds which he recieved No responce from
any level of admin remedies. See Ex B

4C

The plaintiff recently talked to COIII Lopez about the
assault back on Feb 12 2018 when he was housed with a inmate
first Name Kenny assaulted the plaintiff, where inmate Kenny
was Not Named in SSU report on the Plaintiffs
ADC file. Inmate Kenny also according to COIII
Lopez was not but on the plaintiffs Do Not House
List. But the Plaintiff has been told by several
inmates that the Plaintiff's info is on the
ticket that inmate Kenny did recieve.

The Plaintiff safety is still at risk, When a
inmate Cade in IC cell 4 came to the plaintiffs
door and gave the plaintiff the option to give up
his TV or be assaulted by him and 2 other inmates
in cell 1, So the plaintiff feeling he had No option
at that time, he gave up his T.V., in hope's of
Notifying ADC Staff threw a inmate letter dated on 3-1-20.
The plaintiffs hope was that ADC Staff would remove
the Plaintiff from this safety concern and get his
property back with out it getting broken. But
Niether of these thing's heppened. So the plaintiff
will file all adiminstrative remedies to resolve
these issue's, Since the plaintiff has experince's
when you go directly to a ADC staff memeber
they will go right back and tell the inmates
what is going on and the plaintiff was even
put right back in to the same cell after
See Ex B 12, 13,

4D

talking to SSu at Smu1 about drug's being in the Pod, where the Plaintiff was housed.

So from the defendant's being Notified threw the adiministrative remedies by the Plaintiff. See Ex B 1,2,3,4,5 thru 13 along with ADC Staff putting the plaintiff's Name DOC No on 2 tickets of inmates where these inmates can pass the Plaintiff's info around and labling the plaintiff as a rat, and putting the Plaintiffs life at risk of assault, extortion, and even death. The Defendants Ryan, Meadory, Scott and all ADC Staff are in fact delebrit indifference when it Come's to the Safety of the plaintiff and other inmates like the plaint, ff. The practice's by the defendant's and ADC Staff when housing the plaintiff and other inmates that are low risk with very low points (See Ex B pxell ) like the plaintiff. The defendants and ADC Staff still house high risk, violant inmates with low risk No violante inmates, like the plaintiff when the housed him with inmate Kenny in Apirl 2018 and this is why the plaintiff believes that SSu did not document that info on the Plaintiff's ADC File. Also the plaintiff is Still being housed around high risk inmates still, where those high risk inmates have Chance's to assault the Plaintiff

4E

Still having a threat to the Plaintiffs Safety.

So if these facts and others that would be presented at a Jury trial, does Not Show that the defendents Ryan, Mcedory, Scott and the rest of ADC Staff are in fact deleberit indiffernce and are in fact copsle, knoledgeable that they are in fact, Putting the Plaintiffs life at risk to assault extortion and even death. See Ex B page 9 Responce from CO III castillo Ex B page 8, is the Plaintiffs informal Sent to CO III Castillo. In Castillo responce he stated he sent this issue to Security and administration where No responce ever came from this administrative remedies.

The Plaintiffs Safety is still at risk Since he is being housed at a Level 4 yard Close Cust With high violate inmates, where he had to give up TV headphones and store iteams to pay inmutes Not to assault him. He has filed a inmate letter to Staff informaning them of the issue along with a informal Since it went unanswered if the inmate just comes out and say anything his property will just get broken, So the plaintiff was hoping to try avoid that from heppening, See EX B puge 13,

So the Plaintiffs safety still at Risk.
4F

Since the plaintiffs past dealing with SSU and other ADOC **Staff**, the plaintiff is unwilling to inform staff in person, because how they handle the issue by just removing the inmate with out any clearetness to isolate the issue. So the plaintiff has filed administrative remedies in hope that they would handle the issue in a different way. but Nothing has happen yet to resolve this issue.

The plaintiff is being extored by inmates, that the plaintiff should Never be housed with, since the plaintiff's score is so low, but being housed with inmates that are high violate scores. If he gets DNH on the inmate's that are extorting him Now their are still other inmates that are part of the politics of prison. But the plaintiffs being housed on a Sexoffender yard, with inmates that have 805 from General population and come over to these type of yards has alternive housing, where ADOC is Knowing but certian inmates like the plaintiff life at risk, by giving override to inmates that should Not be housed with low score inmates like the Plaintiff

4G

## COUNT III

1.  State the constitutional or other federal civil right that was violated: To be able to live from a place of cruel and unusual punishment which is protected by the US Constitution 8th Amendment Violation

2.  **Count III.** Identify the issue involved. **Check only one.** State additional issues in separate counts.
    - ☒ Basic necessities
    - ☐ Mail
    - ☐ Access to the court
    - ☐ Medical care
    - ☐ Disciplinary proceedings
    - ☐ Property
    - ☐ Exercise of religion
    - ☐ Retaliation
    - ☐ Excessive force by an officer
    - ☐ Threat to safety
    - ☐ Other:

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

    The Defendants have failed to over see the living conditions at SMUI at Eyman Complex. The Defendants have failed to provide a safe, clean and humane living conditions. There exists absolutely No cleaning supplies such as but Not limited to brooms, mops, dust Pans, Brushes for toilets or showers, disinfectants/cleaning sprays, Trash cans and etc. There are causes in the pods that will/can show the living conditions in pods with piles of trash, humonous rate raw sewage. Then the Showers are Not able to Change the temp during colder months thewater is cold Showers has rust and black mold cells have rust water Ameared, mold, mold chipping paint, mice and roach infestions, vents having filth Covering them. The Defendants are in full violations of Toussaint vs McCarthy 801 F2d 1080, 1180-81 (9th Cir 1986); Gates vs Cook, 376 F3d at 338. The defendants have the duty to ensure that inmates have proper health care, living Conditions are humane and in accordance to the Law and Constitution. This Constitutes Cruel and unusal punishment and a deliberate indifferance See 5A

4.  **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

    Have mental, emotional and physical health issues from being forced to live in humane living Conditions Forced to supplie own cleaning supplies. So having roaches feces in around CPAP Machine along with being exposed to unclean vents. Mold has caused resoptorie issues, Shoe, and other unknown health, mental, emotional issues. I have had a roach in my Nose over Night where I had to plod it out and flesh it out

5.  **Administrative Remedies.** As Well Since the long turnaround to for medical to see me
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
    b.  Did you submit a request for administrative relief on Count III? ☒ Yes ☐ No
    c.  Did you appeal your request for relief on Count III to the highest level? ☒ Yes ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not.

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

5

The Defendants Director Ryan, DW McAdory, ADW Scott FHA Demery violate my 8th Amendment Rights when it comes to my Basic Necessities, as in Shelter Conditions are deficent having Water leaking from the Roof over the Bed, along with causing Mold by effecting resupotory issues since I have asthma, sleep Apina along with causing mental and emotional healt risk as well. See Ramos v Lamm 639 F2d 559, 568 (10th cir 1980).

Then the Ventilation that undermines the health of inmates, So the ventilation is essential for well being. The ventilation issuse's range from unclean vents with Dirt, Dust, including fumes from feces, smell of urine, vomit, unwashed inmates, sevage which all jeopardize the health and can contribute to the spread of Disease. See Keenan v Hall 83 F 3d 1083 (9th cir 1996) 135 F3d 1318 (9th cir 1998). Then moving to Sanitation where the Shower have rust, mold soap scum, also having No way to adjust the water temp so being force to take Cold showers in the winter and super hot Showers in the summer. SMU I has defective Plumbing, lack of Cleaning and garbage disposal and pest infestation. See Palmer v Johnson 193 F3d 346 (5th Cir 1999).

Then addressing Hygienic Supplies and shower issues where again the defendants fail and Violate my 8th Amendment Rights. By Not providing cleaning

5A

Supplies to clean living area's that effect my health, by being exposed to mold, rust, pest infestation dust, sewage from unable to clean toilets. See Burnett v Kansas 485 Fed. Appx 288 (10th Cir 2012); Reynolds v Powell 370 F3d 1028 (10th Cir 2004); Porter v Selsky 287 F Supp 2d 180 (W.D. N.Y. 2003) aff'd 421 F3d 141 (2d Cir 2005); Stanley v Page 44 Fed Appx 13 (7th Cir 2002); Flandro v Salt Lake County Jail 53 Fed. Appx 499 (10th Cir 2002); shows the defendants fail to provide cleaning supplies, clean Ventillion, clean showers, safe shelters and Basic human necessities and a dilleberate indifference also putting inmates at risk of dieses, health risk, long term or short term health issues, mental, and emotional health issues, by Violating my 8th Amendment Rights to be provide cleaning supplies, Hygienc supplies, clean Showers, adequate Sanitation, Pest Control and Free from Environmental Hazards such as Raw sewage, rust, mold, Dust, pest infestation, Facies in vents, pods, Showers, Showers Not being Clean, Smoke from burning milk cartoons, tobacco Smoke which all violate the 8th Amendment.

The plaintiff filed informals, grievances and all administrative remedies to the defendants. Ryan, Meadory, Scott, FHA Demery about the living conditions at SMU 1 Max custody, detition and watch pod. The plaintiff also believes other inmates have filed complaints about this same issues. See Ex. C

5B

The defendant actions in the denial of these minimal civilized measures of life's necessities, where the plaintiff being free from mold, rust, unclean toilets, mice infestation, roach infestation, not having proper cleaning supplies, clean air vents and cells that don't leak when it rains and brings all that dirt on to the plaintiff when he was housed in 1 D32 at Eyman-SMU1. by the defendant acting deliberate indifference since they lack of ordinary due care to the plaintiff's safety.

The plaintiff suffers from breathing conditions, sleep apnea, Chronic allergies, and others medical issues, but with the three that are named can/will/have caused the plaintiff harm from the negligence of the defendants providing substandard care that effects the plaintiff safety.

As of Dec 5 2019 when Capt Montes place a standard of work in place where the inmate population at A70 SMU1 will ensure cleaning supplies will be given to inmates to clean cells by Security staff. Inmates where given a Notice on Feb 27, 2020 of these facts. See ex. F       With this Notice being given and the standard of work being added effective 12/6/2019 shows that the Defendants Ryan, Demery, Mcadorey and Scott where in fact in deliberate indifference during and before the plaintiff filed this Civil Complaint, but these changes still don't fix the other facts of the plaintiffs claims of ordinary due care.

These issues still have effects on the plaintiffs health,

5C

Where the plaintiff is still exposed to mold, rust, unclean toilets, mice and roach infestation, clean air vents that effect the plaintiff respatory System, mental, emotional and other health issue that the plaintiff is unaware of since he is Not a Medical Heath Care personal.

These sub standard living conditions where below ordinary Care for many years under the previous Director Ryan and his Staff. As this Court can see that the New Director Shinn is at least tring to fix the living conditions for the inmate population and plaintiffs.

The plaintiff has exhasted the remedies that are aviable to the plaintiff making the defendents aware of his living conditions and the herm it may cause the plaintiff even if the plaintiff did Not Suffer From chronic health Conditions that he has. The Plaintiff facts are back by Ex F of the lack of due care provided by the Defendents Ryan McaClorey, Demery and Scott. The plaintiff also shows in Ex C showing that he sent Notice/Adminstrave remedies to these defendents where the defendent failed to respond and/or remedy the issues that the plaintiff was wanting to resolve. So these defendents are Clearly deleberate indifference by violating the Plaintiff 8th amendment rights

The Plaintiffs health issues where and have been document since 2016, So the defendents aware of the health issues of the plaintiff

5D

Since 2016 and since the Plaintiff has filed administrive remedies to the defendents Ryan, McAdory, Scott, FHA Demery about these living conditions and other issues involving below ordinary Care. The plaintiff has tried everything that ADC has to resolve these issues. The Plaintiff was even told by ADC mainteness Steff that IC32 should have been read lined or Not used since thier was Nothing do to fix the roof from leaking.

The Plaintiff believs with ExC along with mainteness records and other evadence that can be provided at a Jury trial would in fact Prove the Defendants Ryan, Meadory, Scott and FHA Demery are in fact in delebrit indifference when it cames to the plaintiffs claims and the inmate population. Even Mr Ryan before or at the time he leff ADC he said that the prison System is critical.

5E

The plaintiff has been housed in these horrific living condition since 1-07-19 and is still in these condition. Where his mental and physical health issues are at risk.

The plaintiff has filed informals, grievances (see ex. C) 9-30-19, 10-6-19 and Appeal to Director on 10-20-19 with No responce from any level. The plaintiff will show the state of the living conditions at smul. Also will beable to have a witness to testify to the conditions and the issues about the mail process at smul that she has said she is trying to resolve.

5F

Count IV

1. State the Constitution or other Federal Civil Right that was violated.
Not being provide cooked food. This a 8th amendment Violation

2. Basic Necessities.

3. Supporting Facts; where the defendents fail to provide
a proper cooked Meals. Where in my morning foods are as listed
2 bags of Deli Meat, 2 cups of uncooked oat Meal, half of a carrot or
cerary, a bag of uncooked cabage and to bags of uncooked Rice.
So unable to be able to have a stinger or access to a
microwave I am unable to eat the main portion of my food.
I have gone threw all of the Admin Remedies more then
once. So the defendents have failed to provide A Basic
necessities and a deliberate indifference. Also having Rice or
Potatoes in even meal See 6B

4. Injury: The lack of food, along with Not having
a differeaten in Meals has laid in to have cronic consuption.)

5. Admin Remedies; All Remedies have been exhausted.
Malnuction and other unknown health, mental and emotional
Issues for Not having a proper Meal's for
Several moths to years Since ADOC staff and Trintey staff
are unwilling to fix the issues with Meals.

6A

The Defendents Director Ryan, DW McAdorey, AOW Scott and Trinity Cont. to Violate My and other inmate 8th Amendment Rights, by serving a nutritional and properly prepared food, by serving uncooked Rice in the Mega Sack at SMU1 and other CDU units. Along with providing the same food for the Allergy Diet Mega Sacks and tray's every day. Since prisoners are dependant on the Prison staff, state and contract compies to provide and feed inmates adequate food. I have filed all Admin Remedies and informed Sgt Bandilla, CO11 McCoy, Dennis, Filez and other staff members that my food is Not being propely prepared that present an immediate danger to my Health and well being. See Choate v Lockhart 7 F.3d 1370 1373 (8th cir 1993); Dearman v Woodson 429 F2d 1288 (10th cir 1970); Williams v Schuder 436 Fed App x 687 (7th cir 2011); Chandler v Moore 2 F3d 847, 848 (8th Cir 1993); Hoitt v Vitek 497 F2d 598 (18t Cir 1974); McCoy v Good, 255 F. Supp 2d 233. These case's confirms the Violation's of the 8th Amendment by Not have cooked food like rice, oat meal along with Not having food that is nutritional forcing me Not to eat the right amount of food or eating the uncooked rice that have health risk by eating eat or Not Eating the right amount and have nutritional value. This is diibeberate indifference by the defendant's

6 B

The plaintiff has filed all ADC adimnstrative remedies to the defendants Ryan, Maedary, scott, Trinity Staff member Kles. The plaintiff also notified COII Fleiz, McCoy, Dennis, Sgt Griggs, Sgt Badilla, SGT Starns who is the Kitchens GT and nothing has changed. So the plaintiff who allowed a Medical Diet to expire in Jan, 2020, since ADC and Trinity staff members would do Nothing to fix this issue of the uncooked food. The plaintiff at least trade out the peanut butter for other food from the mega sacks with other inmates. The plaintiff also believes Trinity does Not provide the proper amount of food to the inmate population at any time. So the defendants Ryan, Meadory, Scott and Kles are deliberate indifference by Not responding to the ADC adimnstrative remedie and not providing properly cooked foods and proper amount of food, along with not providing the 3 hot meals that should be given to the inmate population. See Ex D to See that the plaintiff has filed all ADC remedies. According to (Farmer, 511 US at 834, 835) The defendants deprive proper amount of food and having food properly cooked which they know they don't provide and it effects the health of the plaintiff and other inmates, so the defendants are in fact acting with deliberate indifference which their acts of inference to these acts, can and are cause substential risk of serious harm to the plaintiff.

6C

The plaintiff has sent inmate letters to SGT Sterns who is the Kitchen SGT and to defendant Kles with out responce's or fixing the issues. The Plaintiff also talk to SGT Bonilla, COII McCoy, COII Dennis, COII Feliz, Nurse Westlake and other staff members and still Nothing would change these issues. So the Plaintiff filed informals to COIII, and to Kles, her Grievance to the Grievance Coordinator, and then Grievance Appeal to Director Ryan with out Responce or them fixing the issue.

See Ex D
Page 1-4

COIII Castillo responce (See Ex D page 5) he is the only one that responded to this issue dated 9-23-19 states that he has informed Trinity, security Staff about this issue. These issues Never got resolved, So the Plaintiff let his Diet expire since he was unable to get a proper food, even thow the provider wanted to change the plaintiff to a different Diet, but she was unable since the Diet she wanted to Put me on can only be issued by the Chaplian.

The plaintiff still Knows all inmates that are on the allergy Diet are still dealing with these issues like inmate Johnson, Smitty Doc 156721 who is in 1C06 who recieves the allergy diet

6D

up to this date. Inmate Johnson has filled out a affadavit/Declaration. See Ex I page 6.

So the Plaintiff who has tried all administrevt remedies, has also tried options that went beyond the remedies, as to stopping his diet on his own So he can trade the food he cannot Eat with inmates for the food he can eat. He also has a inmate that who still recieve's this Diet and still does Not get proper food for 2 years as Mr Johnson Stet's in his Declaration See Ex I Page 6.

So with these facts and other facts that would be brought up at a Jury Trial clearly shows the Defendant's Ryan, Mc Adory, Scott, Kles and other Staff members are in fact delebrit indiffence when providing uncooked and un proper food to the Plaintiff and the rest of the inmate population. They are clearly Violating the Plaintiff 8th Amendant Rights.

Defendant NP Avant - Ortiz even has issues dealing with Trinity Kles to get inmates proper diets or even to help to get proper foods and cooked food.

6 E

Declaration

I Cory E Levis ADC 311 282 declare
under Penalty of perjury that the forgoing
is True and Correct.

All Statments, Exhibits, and any other info
in this complaint are true and correct.

Dated 2-8-2020
9-1-2020                    Cory Lewis (Pro se)

1

## E.   REQUEST FOR RELIEF

State the relief you are seeking: Punitive Damages/exemplary Damages for the plaintiffs physical, mental, emonitional health Plus any/all long term habi Medical issues, Pain and suffering, loss of propert/belongings he has occurred and any other relief which this court deems fair. The Plaintiff is Not ask for a set amount for damages for the reason of allowing this Court to set amount that is proven with facts of the damages that the defendant's have done to the plaintiff. Plus injunctive relief

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 9 -01 - 20
            DATE

SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.   If you need more space, you may attach no more than fifteen additional pages.   But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

6